# United States District Court
## FOR THE DISTRICT OF COLUMBIA

Jimmie D Ross
Pamela A Ross
        Plaintiff(s),

v.

United States Government
        Defendant.

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00584
Assigned To : Robertson, James
Assign. Date : 03/26/2007
Description: ROSS v. USA

To:

Civil Process Clerk
Jeffery A Taylor
United States Attorney
District of Columbia
5808A Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20001

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Jimmie D Ross
Pamela A Ross
230 Lexington Place
Sevierville, TN 37862
865-429-8595

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**
_____
    Court Clerk
by _____
    Deputy Clerk

MAR 26 2007
_____
Date

RECEIVED
APR 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is 4/9/07 _____. The cost of the mailing is $ 4.77

Certified mail # 7005 3110 0002 3682 7762

to:

Civil Process Clerk
Jeffery A Taylor
United States Attorney
District of Columbia
5808A Judiciary Center Building
555 Fourth Street,
NW Washington, DC 20001

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____          04-03-07
Signature                                    Date



Home | Help

**Track & Confirm**

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 3110 0002 3682 7762**
Status: **Delivered**

Your item was delivered at 11:18 AM on April 9, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )



Track & Confirm
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy