# United States District Court
## FOR THE DISTRICT OF COLUMBIA

Jimmie D Ross
Pamela A Ross
        Plaintiff(s)

v.

United States Government
        Defendant

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00584
Assigned To : Robertson, James
Assign. Date : 03/26/2007
Description: ROSS v. USA

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Jimmie D Ross
Pamela A Ross
230 Lexington Place
Sevierville, TN 37862
865-429-8595

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**
Court Clerk
by _____
Deputy Clerk

MAR 2 6 2007
Date

**RECEIVED**
APR 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is 4/6/07 _____. The cost of the mailing is $ 4.77

Certified mail # 7005 3110 0002 3682 7779,

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____          04-03-07
Signature                                 Date



Home | Help

**Track & Confirm**

# Track & Confirm

### Search Results

Label/Receipt Number: **7005 3110 0002 3682 7779**
Status: **Delivered**

Your item was delivered at 4:45 AM on April 6, 2007 in WASHINGTON, DC 20530.

[Additional Details >]   [Return to USPS.com Home >]



Track & Confirm
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   [Go >]

POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust           Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy