```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

JIMMIE D. ROSS, *et al.*,           :
                                    :
    Plaintiffs,             :
                                    :
  v.                              : Civil Action No. 07-0584 (JR)
                                    :
UNITED STATES OF AMERICA,           :
                                    :
    Defendant.              :

## ORDER

Plaintiffs having failed to respond to defendant's motion to dismiss within the additional time permitted by this Court's order of 6/12/07 [5], the motion is granted as **conceded**, and this case is **dismissed**. This is a final, appealable order.

                                          JAMES ROBERTSON
                             United States District Judge